

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-21-00512-CV

**MR. W  FIREWORKS, INC.**,
Appellant

v.

**CONCHO ACQUISITION PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03698
Honorable Tina Torres, Judge Presiding

# O R D E R

The clerk's record was originally due December 27, 2021, but was not filed.  On December 28, 2021, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by January 18, 2022**.  If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.



Michael A. Cruz,
Clerk of Court